IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KAREN RUSH                                                                                          PLAINTIFF

      v.                                                    CIVIL NO. 06-5219

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                               DEFENDANT

**O R D E R**

On this 6th day of April, 2007, the court has before it for consideration plaintiff's motion to dismiss. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on March 16, 2007, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby dismisses plaintiff's Complaint.

IT IS SO ORDERED.

                                     /s/Jimm Larry Hendren
                                     HON. JIMM LARRY HENDREN
                                     UNITED STATES DISTRICT JUDGE